1  MCGREGOR W. SCOTT
   United States Attorney
2  LAURA L. FERRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 551-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR.S. 98-00383 EJG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARTIN S. ROSMAN, ) | MOTION TO DISMISS INDICTMENT, |
| EMMANUEL G. UMALI, and ) | VACATE STATUS CONFERENCE, AND |
| EVELINA P. SABIO, ) | RELEASE FROM CUSTODY AS TO |
| ) | EVELINA SABIO |
| Defendants. ) | |

Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment in the above-captioned action filed on September 4, 1998.

It is the government's belief that Evelina Sabio learned of the investigation in the underlying case (and a corresponding case out of the Fresno division, United States v. Socrates G. Domingo, CR.S. 98-05079 OWW) and fled the country to avoid charges. More than eight years have passed since the indictment was returned in this case.

1

When the defendant was arrested in Las Vegas in June 2007 she was interviewed and admitted, at least in part, to some of her involvement with the illegal activity charged. The government proceeded to review and evaluate the evidence still in its possession and otherwise available to the government. Notwithstanding the partial confession, the government has concluded that given the passage of time there is insufficient evidence available to move forward with the criminal prosecution this defendant as charged.

Accordingly, the government respectfully requests that the Court dismiss the indictment against Evelina Sabio, vacate the next status conference set for July 13, 2007, and release her from custody ordered as a result of the indictment in the above-referenced case.[1]

DATED: July 9, 2007                     MCGREGOR W. SCOTT
                                        United States Attorney


                                   By:  /s/ Laura L. Ferris
                                        LAURA L. FERRIS
                                        Assistant U.S. Attorney

/ / /

/ / /

/ / /

/ / /

---

[1] It is not known to the government at this time if Evelina Sabio will still be subject to detention on the basis of immigration concerns. She is also subject to detention in the Fresno case mentioned above. A Motion to Dismiss the Fresno case will be filed shortly on the same grounds.

2

|     |     |
| --- | --- |
| 1   | ORDER |
| 2   | Based on the motion of the government, and GOOD CAUSE APPEARING |
| 3   | THEREFORE, the Court hereby orders that the indictment against |
| 4   | Evelina Sabio, filed on September 2, 1998, be and is hereby |
| 5   | dismissed. Effective the date of this Order, Evelina Sabio shall be |
| 6   | released from custody ordered as a result of the indictment in the |
| 7   | above-referenced case. |
| 8   |     |
| 9   | **IT IS SO ORDERED.** |
| 10  |     |
| 11  | DATED: July _10_, 2007 |
| 12  |     |
| 13  | HON. EDWARD J. GARCIA<br>United States District Judge |